| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KEELEY, IRENE M | 2. Court or Organization<br><br>USDC NORTHERN DISTRICT OF WV | 3. Date of Report<br><br>07/19/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF WV<br>PO BOX 2808, CLARKSBURG, WV | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   IMMEDIATE PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 28 A 11:10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| **KEELEY, IRENE M** | 07/19/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2007 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 1/11/07 TO 1/11/07 | WASHINGTON DC | PROFESSIONAL ASSN MEETING | TRANSPORTATION & MEALS |
| 2. | FEDERAL JUDGES ASSOCIATION | 2/15/07 TO 2/15/07 | NEW YORK NY | PROFESSIONAL ASSN MEETING | TRANSPORTATION, MEALS & LODGING |
| 3. | WV SUPREME COURT OF APPEALS | 05/04/07 TO 05/04/07 | MARTINSBURG WV | PROFESSIONAL ASSN MEETING | TRANSPORTATION & MEALS |
| 4. | FEDERAL JUDGES ASSOCIATION | 05/04/07 TO 05/07/07 | WASHINGTON DC | PROFESSIONAL ASSN MEETING | TRANSPORTATION, MEALS & LODGING |
| 5. | TAMPA BAY CHAP OF | 5/23/07 TO | SALT LAKE CITY | PROFESSIONAL | TRANSPORTATION, MEALS & LODGING |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | FEDL BAR ASSN | 5/25/07 | UT | ASSN MEETING | |
| 6. | JEHT FOUNDATION | 11/08/07 TO 11/09/07 | WYE MD | EDUCATIONAL SEMINAR | TRANSPORTATION, MEALS & LODGING |
| 7. | GERALD BLANEY | 9/28/07 | TAMPA FL | WVU V. S FLA FOOTBALL GAM | ONE WAY TRANSPORTATION FOR 2 ON CHARTERED AIRCRAFT |

| Name of Person Reporting | Date of Report |
|---|---|
| **KEELEY, IRENE M** | 07/19/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR CORPORATE LINE OF CREDIT | P1 |
| 2. | ST PAUL COMPANIES | PERSONAL GUARANTOR CONSTRUCTION PERFORMANCE AND PAYMENT BONDS | P4 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 07/19/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | A | Interest | M | T | | | | | |
| 2. HUNTINGTON NATL BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 3. MERRILL LYNCH CMA ACCT | E | Interest | O | T | | | | | |
| 4. GROUND BREAKERS INC S CORP COMMON STOCK | H2 | Distribution | P2 | U | | | | | SEE PART VIII ADD'L INFO |
| 5. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. CHEVRON CORP COMMON STOCK | C | Dividend | M | T | | 09/12 | | | SEE PART VIII ADD'L INFO |
| 7. DUQUESNE LIGHT COMMON STOCK | B | Dividend | | | SELL | 06/04 | K | E | |
| 8. EXXON MOBIL CORP COMMON STOCK | A | Dividend | | | DONATED | 09/12 | | | SEE PART VIII ADD'L INFO |
| 9. DYNEGY INC NEW ILL CL A COMMON STOCK | | None | | | DONATED | 09/12 | | | SEE PART VIII ADD'L INFO |
| 10. IBM COMMON STOCK (Y) | | None | | | | | | | SEE PART VIII ADD'L INFO |
| 11. FRIEDMAN BILLINGS AND RAMSEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. APPLIED MICRO CIRCUITS COMMON STOCK | | None | | | SELL | 09/12 | J | | |
| 14. APPLIED MATERIAL INC COMMON STOCK | A | Dividend | | | SELL | 09/12 | J | | |
| 15. BANK OF AMERICA CORP COMMON STOCK | B | Dividend | K | T | BUY | 06/06 | K | | |
| 16. CIENA CORP COMMON STOCK | | None | | | SELL | 09/12 | J | | |
| 17. EDISON INT'L CALIF COMMON STOCK | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B=$1,001 - $2,500          C=$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G=$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)              U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 07/19/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. CSX CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. SAND HILL FARMS LLC | A | Distribution | J | U | | | | | |
| 22. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 23. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. BELLSOUTH CORP COMMON STOCK | | None | | | MERGER | | | | SEE PART VIII ADD'L INFO |
| 25. SBC COMMUNICATIONS INC COMMON STOCK | | None | | | MERGER | | | | SEE PART VIII ADD'L INFO |
| 26. AT&T INC COMMON STOCK | A | Dividend | J | T | MERGER | | | | SEE PART VIII ADD'L INFO |
| 27. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. TRAVELERS PROPERTY CASUALTY CORP | A | Dividend | J | T | | | | | |
| 29. EARTH MOVING RENTAL EQUIPMENT (Y) | | None | | | | | | | SEE PART VIII ADD'L INFO |
| 30. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | M | T | | | | | |
| 31. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 32. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | E | Interest | O | T | | | | | |
| 33. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | C | Interest | M | T | | | | | |
| 34. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 07/19/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WORKING INTEREST D-86 TRAVIS,DODDRIDGE CTY,WV | B | Royalty | J | U | | | | | |
| 36. WORKING INT D88 LOWTHER&D92 MCQUAID HARRISON CTY,WV | B | Royalty | K | U | | | | | |
| 37. WORKING INTEREST D103 WINDON HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 38. WORKING INTEREST D105 SWEENEY HARRISON CTY,WV | B | Royalty | J | U | | | | | |
| 39. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 40. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 41. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 42. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 43. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - LINE 4 - INCOME FROM S CORP REPORTED IN 2007 BUT NOT DISTRIBUTED UNTIL 2008

PART VII - LINE 6 - PORTION OF HOLDING DONATED; ASSET WILL BE REPORTABLE IN FUTURE YEARS

PART VII - LINES 8 & 9 - ENTIRE HOLDING DONATED; ASSETS WILL NOT BE REPORTABLE IN FUTURE YEARS

PART VII - LINE 10 -ASSET SHOULD HAVE BEEN REMOVED FROM EARLIER YEAR REPORT. THIS IS A CORRECTION OF A PRIOR YEARS ERROR.

PART VII - LINES 24-25-26 - BELLSOUTH AND SBC COMMUNICATIONS MERGER/EXCHANGE WITH AT&T INC COMMON STOCK ON 12/29/06.

PART VII - LINE 29 - ASSETS ARE OBSOLETE AND  NO LONGER GENERATE INCOME.

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 07/19/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544